ROBERT I. LENNOX, Respondent, v. ROBERT W. BRADY, Defendant, and ROBERT R. DALY, Appellant. ROBERT I. LENNOX, Plaintiff, v. ROBERT W. BRADY et al., Individually and as Copartners Doing Business under the Name of BRADY & DALY, Defendants.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

## (January 17, 1952.)

ROSE SIEGEL, Appellant, v. CHARLES SIEGEL, Respondent. CHARLES SIEGEL, Respondent, v. ROSE SIEGEL, Appellant. (Consolidated Actions.) —

Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

### (Upon Reargument.)

ROSE SIEGEL, Appellant, v. CHARLES SIEGEL, Respondent. CHARLES SIEGEL, Respondent, v. ROSE SIEGEL, Appellant. (Consolidated Actions.) —

Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 639.]

EVA FRIEDMAN, as Executrix of MICHAEL FRIEDMAN, Deceased, et al. v. ONTARIO HOLDING CORP.— Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 23.]

SADIE COHEN v. B. J. DENIHAN, INC.— Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 728.]